UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH THORNTON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:10-cv-01966-KOB-PWG |
| WARDEN CHERYL PRICE and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## **FINAL JUDGMENT**

In conformity with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed. R. Civ. P., the court ORDERS that the petition for writ of habeas corpus is due to be and hereby is DENIED as time-barred.

DONE this 26th day of January 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE